**Brief Stricken and Order filed February 28, 2017.**



In The

# Fourteenth Court of Appeals

———————

NO.  14-16-00152-CV

———————

**SHEIKH M. RAFIQ, Appellant**

**V.**

**NUEVA VIDA APARTMENTS, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1057438**

## O R D E R

On June 29, 2016, appellant filed a brief that does not comply with the Texas Rules of Appellate Procedure. The brief fails generally to comply with Rule 38. *See* Tex. R. App. P. 38.1(b), (c), (d), (e), (f), (g), (h), and (i).

Accordingly, we **STRIKE** appellant's June 29, 2016 brief. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure by **March 14, 2017**.

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). If appellant fails to timely file a brief in accordance with Rule 38, the appeal may be dismissed for want of prosecution or the trial court's judgment affirmed based on appellee's brief. *See* Tex. R. App. P. 38.8(a)(1), (3).


PER CURIAM